UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD WAYNE FEDELE,<br><br>Defendant. | No. 2:17-CR-00101-WFN-18<br><br>ORDER GRANTING MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 565 )** |

Before the Court is Defendant's Motion to Modify Pretrial Release Conditions. ECF No. 565. Defendant recites that the United States does not object to the request. See Declaration of Counsel, ECF No. 565 at 2. U.S. Probation Officer Erik Carlson has contacted the Court and does not object to the proposed modifications either.

Specifically, Defendant requests that the GPS monitoring ankle bracelet condition be removed altogether and that the travel restriction be modified to allow him to travel to Riverside, California from November 20-25, 2017, to visit family for the holiday. ECF No. 565 at 1.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 565**, is **GRANTED**. Defendant is permitted to travel to Riverside, California from November 20-25, 2017, on the express condition that Defendant shall provide Pretrial Services with the name and phone number of the landlord of the residence where Defendant is to reside, and a telephone number where he may be contacted at any time during this trip.

ORDER - 1

Further, IT IS ORDERED, that Defendant is no longer subject to Special Release Condition No. 28. Defendant shall report to U.S. Probation for removal of his GPS monitoring ankle bracelet.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 17, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE