FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-00101-WFN-18 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR TRAVEL |
| v. | |
| EDWARD WAYNE FEDELE, | **MOTIONS GRANTED (ECF Nos. 911, 912)** |
| Defendant. | |

Before the Court is Defendant's Motion for an Order Modifying Pretrial Release Conditions. ECF No. 911. Defendant recites in his motion that the United States does not oppose the motion. ECF No. 911 at 2. Counsel for Defendant also contacted U.S. Probation and has confirmed to this Court that they have no objection to the request either.

Specifically, Defendant requests permission to travel to Riverside, California from July 12-17, 2018 to visit his children. ECF No. 911 at 2.

**IT IS ORDERED**, that Defendant's Motion, **ECF No. 911**, is **GRANTED**. Defendant is permitted to travel to Riverside, California from July 12-17, 2018 to visit his children. Defendant shall provide Pretrial Services the address and landlord where he will reside and a telephone number where he may be contacted at any time.

ORDER - 1

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

Defendant's motion to expedite, **ECF No. 912**, is **GRANTED**.

**IT IS SO ORDERED.**

DATED July 3, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2